EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2013 TSPR 112 |
| Rosana Rivera Ortiz | 189 DPR ____ |

Número del Caso: TS-7056

Fecha: 9 de octubre de 2013

Abogado de la Parte Peticionaria:

       Lcdo. Edwin Ortiz Pietri

Materia: Reinstalación al Ejercicio de la Abogacía y la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


*In re*

                                    TS-7056

Rosana Rivera Ortiz


RESOLUCIÓN

San Juan, Puerto Rico, a 9 de octubre de 2013

Atendida la "*Solicitud de Reinstalación al Ejercicio de la Abogacía y la Notaría*" presentada por la Lcda. Rosana Rivera Ortiz, y conforme con nuestro pronunciamiento del 16 de octubre de 2009 y el cumplimiento con lo allí exigido, se provee ha lugar.

Se ordena la reinstalación al ejercicio de la abogacía y la notaría de la Lcda. Rosana Rivera Ortiz.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rivera García proveería no ha lugar.


                    Aida Ileana Oquendo Graulau
                    Secretaria del Tribunal Supremo